# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

STEPHEN WAGNER,

        Plaintiff,

v.

FRANCHOICE, INC., and
CAREYANN GOLLIVER,

        Defendants.

**ORDER**
Civil File No. 19-940 (MJD/ECW)

Based upon the Report and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated December 19, 2019 [Docket No. 51].

2. Defendants' Motion for Partial Dismissal Pursuant to Rule 12(b)(6) [Docket No. 14] is **DENIED**.

Dated: January 16, 2020        s/ Michael J. Davis
                                            Michael J. Davis
                                            United States District Court